# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OCCUPY FRESNO et al., | ) | 1:11-at-715 |
| | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| v. | ) | (Documents 3-13) |
| | ) | |
| COUNTY OF FRESNO, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiffs Occupy Fresno, Vanessa Aranda, Dallas John Blanchard, Jr., Noah Canton, William Delara, Carlos Diaz, Michael Dominquez, Matthew Stephen Duris, Chad Austin Hopper, Joseph Hunter, and Ruben Verdugo filed the instant complaint on November 13, 2011. (Doc. 1). On that same day, all individual Plaintiffs submitted applications to proceed in forma pauperis. (Docs. 3-12). A review of the applications reveal that Plaintiffs are entitled to proceed in forma pauperis. Accordingly, the in forma pauperis applications for Plaintiffs Vanessa Aranda, Dallas John Blanchard, Jr., Noah Canton, William Delara, Carlos Diaz, Michael Dominquez, Matthew Stephen Duris, Chad Austin Hopper, Joseph Hunter, and Ruben Verdugo are GRANTED. The Clerk's Office is directed to issue summonses for all defendants named in the complaint.

    IT IS SO ORDERED.

1 | Dated:   **November 15, 2011**            /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE