# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCUPY FRESNO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF FRESNO, et al.,<br><br>        Defendants. | 1:11-cv-01894-AWI-BAM<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS**<br><br>(Doc. 67) |

      The Court refers the parties to the orders issued November 16, 2011, November 23, 2011 and December 2, 2011 for a complete chronology of the proceedings. On December 3, 2011, Defendants filed a request to seal the declaration of Undersheriff Scott Jones and accompanying exhibit. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds good cause to seal the documents at issue. Accordingly, Defendants' request to seal documents is GRANTED. The Court further issues a protective order restricting the use of the documents to the litigation and limiting their access to counsel of record for Plaintiffs, counsel of record for Defendants, the Court and court staff working on the case. The parties are also prohibited from transmitting the documents to third parties absent further order of the Court.

IT IS SO ORDERED.

Dated:   December 5, 2011

                                                    CHIEF UNITED STATES DISTRICT JUDGE