IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OCCUPY FRESNO, et al., | ) | 1:11-CV-01894 AWI-BAM |
| | ) | |
| Plaintiffs, | ) | ORDER DENYING PLAINTIFFS' MOTION TO STRIKE AS MOOT |
| v. | ) | |
| | ) | |
| COUNTY OF FRESNO, et al., | ) | (Doc. 73) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

    Currently pending before the court is Plaintiffs' Motion to Strike Defendants' Untimely Opposition to Motion for Preliminary Injunction or In the Alternative, to Modify Briefing Schedule and Preliminary Hearing Date. See Court's Docket, Doc. No. 73. Having considered Plaintiffs' moving papers, the court will deny the motion to strike as moot.

    On November 16, 2011, the court set a briefing schedule on Plaintiffs' motion for a preliminary injunction, which provided that "Defendants **may** file any opposition to Plaintiffs' motion by 4:00 p.m. on December 2, 2011." Id. at Doc. No. 26. This opposition deadline was carried forward in the court's orders dated November 23, 2011, and December 2, 2011. See id. at Doc. Nos. 36 and 41. Defendants did not file documents in opposition by 4:00 p.m. on December 2, 2011. Plaintiffs allege that Defendants filed almost 300 pages of documents beginning at approximately 4:49 p.m. on Friday, December 2, 2011, through 10:43 a.m. on Saturday, December 3, 2011. In the order dated December 2, 2011, the court suggested that the

1   hearing on Plaintiffs' motion for preliminary injunction could be expedited if Plaintiffs filed their
2   reply by December 5, 2011.  Plaintiffs allege that Defendants' late filing placed them at a
3   disadvantage with respect to formulating a reply brief in time to take advantage of the court's
4   proposed option to expedite the hearing.  Because Plaintiffs did, in fact, file their reply brief on
5   December 5, 2011, their motion to strike Defendants' opposition or, in the alternative, to modify
6   the preliminary injunction briefing schedule and hearing date is moot.

Accordingly, the court ORDERS that:

1. Plaintiffs' motion to strike Defendants' opposition or, in the alternative to modify the preliminary injunction briefing schedule is DENIED AS MOOT.

4. The court will hear Plaintiffs' motion for a preliminary injunction on December 9, 2011 at 3:30 p.m.

IT IS SO ORDERED.

Dated:   December 7, 2011                              _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE

2