**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OCCUPY FRESNO, et al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**COUNTY OF FRESNO, et al.,**<br><br>　　　　　**Defendants.** | 1:11-cv-01894-AWI-BAM<br><br>**ORDER FINDING IT NECESSARY TO RECUSE ALL JUDGES IN THE EASTERN DISTRICT OF CALIFORNIA FROM THIS ACTION** |

　　　　One of the counsel for defendants in this case is Oliver W. Wanger, recently retired District Judge of the Eastern District of California, Fresno Division. At the time Mr. Wanger first appeared in this case, the undersigned, in good faith, did not believe there to be any conflict of interest that necessitated recusal. Today, December 7, 2011, the District Judges of the Eastern District of California met and discussed the Eastern District's position in cases where Mr. Wanger appears as counsel. Among the matters raised was the Committee on Codes of Conduct Advisory Opinion No. 70 which states, "The Committee recommends that courts announce a policy that for a fixed period after the retirement or resignation of a colleague, judges recuse themselves in any case in which the former colleague appears as counsel. The Committee's experience suggests that a recusal period of one to two years would be appropriate, depending on the size of the bench and the degree and nature of interactions among the judges. The advantage

of such a policy is that it is evenhanded, can be cited as supplying an objective basis for recusal, and may be formulated without respect to particular individuals." Guide to Judiciary Policy, Volume 2B, Chapter 2.  This advice embodies the admonition that if "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned," then recusal is appropriate. See <u>United States v. Hernandez,</u> 109 F.3d 1450, 1453 (9th Cir. 1997); <u>United States v. Studley</u>, 783 F.2d 934, 939 (9th Cir. 1986).  Upon discussion and reflection, the District Judges have voted to issue General Order 515 which recuses all Judges in the Eastern District of California from cases in which a former colleague appears as counsel for a period of one year after the former judge has left the court.  In compliance with the new General Order, the undersigned must immediately recuse himself and all other Judges of the Eastern District of California from this case.

       Accordingly, it is ORDERED,

       The hearing scheduled for 3:30 PM, Friday, December 9, 2011 is VACATED.  All other dates in this case are also VACATED.

       The case is REFERRED to the Ninth Circuit for assignment to a District Court Judge from another District.  When such a Judge is selected, the court will notify the parties and transfer this action accordingly.

IT IS SO ORDERED.

Dated:   December 7, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE