ROBERT NAVARRO #128461
Attorney at Law
P.O. Box 8493
Fresno, CA  93747
Tel:  559-452-0934
Fax:    559-452-0986

CAROLYN D. PHILLIPS    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCUPY FRESNO, et al., | Case No. 1:11-cv-1894 CRB |
| Plaintiffs, | STIPULATION TO EXTEND PLAINTIFFS' FILING DEADLINE TO |
| vs. | DEFENDANTS' MOTION TO DISMISS |
| COUNTY OF FRESNO, et al., | |
| | Date:  March 16, 2012 |
| Defendants. | Time:  10:00 a.m. |
| | CTRM:  6, Hon. Charles R. Breyer |

Defendants have filed a Motion to Dismiss the Individual Defendants and To Strike Portions of the Amended Complaint.  A hearing on that motion is set for February 17, 2011 before the Hon. Charles R. Breyer at 10:00a.m.   Any pleadings in

Stipulation To Extend Plaintiffs' Filing Deadline; *Occupy Fresno, et al., v. County of Fresno, et al,* Case No. 1:11-cv-1894 CRB

1

1  opposition must be filed no later than February 3, 2012.

2  The parties are in agreement to extend plaintiffs' filing deadline to February 10,
3  2012, to allow the parties an opportunity to meet and confer regarding possible
4  resolution of some if not all the issues which remain in dispute.

5  IT IS HEREBY STIPULATED by and between the parties hereto,
6  and through their respective counsel, that the deadline for
7  plaintiffs' response to defendants' motion to dismiss shall be
8  extended from February 3, 2012 to **February 10, 2012,** any reply
9  is due **February 17, 2012** and the hearing is continued to **Friday,**
   **March 16, 2012 at 10:00 a.m.**.

10  Dated:   January 24, 2012            Respectfully submitted,

11                                       /s/Carolyn Phillips
12                                       CAROLYN PHILLIPS
                                         Attorney for Plaintiffs

13  Dated:   January 24, 2012

14                                       By: /s/ Oliver W. Wanger
                                         OLIVER W. WANGER
15                                       Attorney for Defendants.

16
17                           IT IS SO ORDERED.

18  DATED:  January 25, 2012           _____
                                        CHARLES R. BREYER
19                                      Judge United States District Court

20

21

22  Stipulation To Extend Plaintiffs' Filing Deadline; *Occupy Fresno, et al., v. County of*
    *Fresno, et al,* Case No. 1:11-cv-1894 CRB
23

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2