1   ROBERT NAVARRO #128461
    Attorney at Law
2   P.O. Box 8493
    Fresno, CA  93747
3   Tel:  559-452-0934
    Fax:    559-452-0986
4

5   CAROLYN D. PHILLIPS    #103045
    Attorney at Law
6   P. O. Box 5622
    Fresno, California  93755-5622
7   559/248-9833

8   Attorneys for Plaintiffs

9

10                  **IN THE UNITED STATES DISTRICT COURT**

11                  **EASTERN DISTRICT OF CALIFORNIA**

12

13   OCCUPY FRESNO, et al.,              )    Case No. 1:11-cv-1894 CRB
                                         )
14            Plaintiffs,                )    STIPULATION TO EXTEND
                                         )    PLAINTIFFS' FILING DEADLINE TO
15   vs.                                 )    DEFENDANTS' MOTION TO DISMISS
                                         )
16   COUNTY OF FRESNO, et al.,           )
                                         )    Date:  March 16, 2012
17            Defendants.                )    Time:  10:00 a.m.
     _____ )    CTRM:  6, Hon. Charles R. Breyer

18

19          Defendants have filed a Motion to Dismiss the Individual Defendants and To

20   Strike Portions of the Amended Complaint.  A hearing on that motion is set for

21   February 17, 2011 before the Hon. Charles R. Breyer at 10:00a.m.   Any pleadings in

22   Stipulation To Extend Plaintiffs' Filing Deadline; *Occupy Fresno, et al., v. County of*
     *Fresno, et al,* Case No. 1:11-cv-1894 CRB                                          1

23

1    opposition must be filed no later than February 3, 2012.

2        The parties are in agreement to extend plaintiffs' filing deadline to February 10,

3    2012, to allow the parties an opportunity to meet and confer regarding possible

4    resolution of some if not all the issues which remain in dispute.

5        IT IS HEREBY STIPULATED by and between the parties hereto,

6    and through their respective counsel, that the deadline for

7    plaintiffs' response to defendants' motion to dismiss shall be

8    extended from February 3, 2012 to **February 10, 2012,** any reply

9    is due **February 17, 2012** and the hearing is continued to **Friday,
     March 16, 2012 at 10:00 a.m.**.

10

     Dated:   January 24, 2012          Respectfully submitted,
11

                                        /s/Carolyn Phillips
12                                      CAROLYN PHILLIPS
                                        Attorney for Plaintiffs
13
     Dated:   January 24, 2012
14
                                        By: /s/ Oliver W. Wanger
                                        OLIVER W. WANGER
15                                      Attorney for Defendants.

16

                          IT IS SO ORDERED.
17

18
     DATED:  January 25, 2012          _____
19                                     CHARLES R. BREYER
                                       Judge United States District Court
20

21

22   Stipulation To Extend Plaintiffs' Filing Deadline; *Occupy Fresno, et al., v. County of
     Fresno, et al,* Case No. 1:11-cv-1894 CRB                                              2

23