```
1  ROBERT NAVARRO #128461
   Attorney at Law
2  P.O. Box 8493
   Fresno, CA  93747
3  Tel: 559-452-0934
   Fax:    559-452-0986
4

5  CAROLYN D. PHILLIPS    #103045
   Attorney at Law
6  P. O. Box 5622
   Fresno, California  93755-5622
7  559/248-9833

8  Attorneys for Plaintiffs
```

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCUPY FRESNO, et al., | Case No. 1:11-cv-1894 CRB |
| Plaintiffs, | STIPULATION TO TAKE MARCH 17, 2012 HEARING OFF CALENDAR AND RESET HEARING TO <u>APRIL 13, 2012</u> FOR DEFENDANTS' MOTION TO DISMISS INDIVIDUALLY NAMED DEFENDANTS AND TO STRIKE PORTIONS OF THE AMENDED COMPLAINT; PLAINTIFFS' RESPONSE TO BE FILED MARCH 16, 2012 |
| vs. | |
| COUNTY OF FRESNO, *et al.,* | |
| Defendants. | Date:  April 13, 2012<br>Time:  10:00 a.m.<br>CTRM:  6, Hon. Charles R. Breyer |

Defendants filed a Motion to Dismiss the Individual Defendants and To Strike

Stipulation To Take March 17, 2012 Hearing Off Calendar and Reset Hearing to April13, 2012 On Defendants' Motion to Dismiss and Strike; *Occupy Fresno, et al., v. County of Fresno, et al,* Case No. 1:11-cv-1894 CRB

1

1  Portions of the Amended Complaint January 13, 2012, Doc. 106.  A hearing was set by

2  Defendants for February 17, 2012.  On January 24, 2012, a stipulation was filed to extend

3  the time for plaintiffs to file a response to the motion to February 10, 2012, Doc. 107.

4  The court granted the request and moved the hearing to March 17, 2012 but retained

5  February 10, 2012 as plaintiffs' filing deadline, Doc. 108.

6  The parties met February 1, 2012 to discuss possible resolution of the remaining

7  issues in this litigation.  As a result of these discussions defendants will present

8  plaintiffs' proposal for settlement to the Fresno County Board of Supervisors February

9  21, 2012.  The parties agree that all further activity should be suspended pending the

10 consideration of the proposal and further settlement negotiations.  In that regard the

11 parties agree and stipulate to take the hearing currently set on defendants' Motion to

12 Dismiss be taken off calendar and reset the hearing to April 13, 2012, plaintiffs'

13 responding brief to be filed March 16, 2012.

14 **IT IS HEREBY STIPULATED** by and between the parties hereto, and

15 through their respective counsel, that the hearing of defendants' motion to dismiss

16 currently set for March 17, 2012 be taken off calendar and reset for April 13, 2012

17 at 10:00 a.m., before the Hon. Charles R. Breyer.  Briefs in opposition shall be filed

18 March 16, 2012, any reply briefs shall be filed by March 30, 2012.

19  Dated:  February 8, 2012                        Respectfully submitted,

20                                                  /s/Carolyn Phillips
                                                    CAROLYN PHILLIPS
21                                                  Attorney for Plaintiffs

22 Stipulation To Take March 17, 2012 Hearing Off Calendar and Reset Hearing to April13, 2012 On Defendants' Motion to Dismiss and Strike; *Occupy Fresno, et al., v. County of Fresno, et al*, Case No. 1:11-cv-1894 CRB

2

23

1

2  Dated:  February 8, 2012

3                                              By: /s/ Oliver W. Wanger
                                                OLIVER W. WANGER
4                                               Attorney for Defendants.

5

6

7                              IT IS SO ORDERED.

8

9

10

11  DATED: February 8, 2012
                                          _____
12                                        CHARLES R. BREYER
                                          Judge United States District Court

*IT IS SO ORDERED. Judge Charles R. Breyer* (stamp with signature)

Stipulation To Take March 17, 2012 Hearing Off Calendar and Reset Hearing to April 13, 2012 On Defendants' Motion to Dismiss and Strike; *Occupy Fresno, et al., v. County of Fresno, et al,* Case No. 1:11-cv-1894 CRB

3