```
 1  WANGER JONES HELSLEY PC
    Oliver W. Wanger (40331)
 2  265 E. River Park Circle, Suite 310
    Fresno, California  93720
 3  Telephone:  (559) 233-4800
    Facsimile:  (559) 233-9330
 4
    KEVIN B. BRIGGS
 5    County Counsel
    BRUCE B. JOHNSON
 6    Senior Deputy - SBN 142968
    FRESNO COUNTY COUNSEL
 7  2220 Tulare Street, 5th Floor
    Fresno, California 93721
 8  Telephone: (550) 600-3479
    Facsimile: (559) 600-3480
 9
10  Attorneys for: Defendants COUNTY OF FRESNO, FRESNO COUNTY
    BOARD OF SUPERVISORS, MARGARET MIMS, JOHN NAVARRETTE, JORGE
11  GRANADOS and JOHN THOMPSON
12
                    UNITED STATES DISTRICT COURT,
13
          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
14
15  OCCUPY FRESNO, et al.,            No. 1:11-cv-1894 CRB

16           Plaintiff(s),            STIPULATION AND ORDER
                                      VACATING HEARING DATE ON
17      v.                            MOTION TO DISMISS, AND
                                      DEEMING AMENDED
18  COUNTY OF FRESNO, et al.,         PLAINTIFFS' AMENDED
                                      COMPLAINT
19           Defendant(s).
                                      DATE: April 13, 2012
20                                    TIME: 10:00 a.m.
                                      CTRM: 6 (Hon. Charles R.
21                                    Breyer)
22
                              RECITALS
23
24       This case arises out of plaintiffs' use of Courthouse

25  Park.  The County defendants filed a motion to dismiss (Doc. #

26  106) plaintiffs' Amended Complaint (Doc. #31).  The hearing is

27  presently scheduled to commence on April 13, 2012 at 10:00
28
```

{7199/002/00354116.DOC }

1

Stipulation and Order

1  a.m., in Courtroom 6 of the above-captioned Court, the
2  Honorable Charles R. Breyer presiding.
3      The parties, having met and conferred about the substance
4  of the motion, and desiring to resolve short of hearing the
5  issues presented by the motion, hereby stipulate and agree as
6  provided below.

## STIPULATION

    IT IS STIPULATED AND AGREED that plaintiffs DISMISS and
WAIVE plaintiffs' facial challenge to FCOC sec. 13.20.060.C
(rendering unlawful loitering in Courthouse Park between the
hours of 12:00 a.m. and 6:00 a.m.); references to plaintiffs'
facial challenge to sec. 13.20.060.C, set forth in the Amended
Complaint at page 7, line 16, and at page 15, line 16 through
page 16, line 7, and all other references in the Amended
Complaint which could reasonably be construed as a facial
challenge to sec. 13.20.060.C, are deleted and STRICKEN;

    IT IS FURTHER STIPULATED AND AGREED that plaintiffs
DISMISS the defendant, FRESNO COUNTY BOARD OF SUPERVISORS, and
WAIVE any and all claims against said defendant;

    IT IS FURTHER STIPULATED AND AGREED that the plaintiffs
DISMISS and WAIVE any and all claims for damages arising out of
any and all of the incidents specified in the Amended
Complaint;

{7199/002/00354116.DOC }

2

   IT IS FURTHER STIPULATED AND AGREED that the plaintiffs' Amended Complaint is DEEMED AMENDED to reflect the dismissals and waivers set forth in the three paragraphs immediately preceding;

   IT IS FURTHER STIPULATED AND AGREED that there is no right to jury trial on Plaintiffs' claims in the Amended Complaint. Any demand for jury trial is STRICKEN;

   IT IS FURTHER STIPULATED AND AGREED that the hearing on the motion to dismiss, presently scheduled for April 13, 2012, at 10:00 a.m. in Courtroom 6, before the Hon. Charles R. Breyer, is VACATED; and

   IT IS FURTHER STIPULATED AND AGREED that the County defendants may file a pleading responsive to the Amended Complaint, as deemed amended, within twenty (20) days of the Court's electronic service of the order hereon.

SO STIPULATED.

Dated: March 8, 2012.          WANGER JONES HELSLEY

                               __/s/ Oliver W. Wanger___
                          By:  OLIVER W. WANGER, Esq.
                               Co-Defense Counsel


Dated: March 9, 2012.          KEVIN B. BRIGGS
                               Fresno County Counsel

                               ___/s/ Bruce B. Johnson_____
                          By:  BRUCE B. JOHNSON,
                               Senior Deputy, Co-Defense
                               Counsel

{7199/002/00354116.DOC }

```
Dated: March 9, 2012.            LAW OFFICES OF CAROLYN PHILLIPS

                                    ___/s/ Carolyn Phillips_____
                                 By: CAROLYN PHILLIPS, Esq.
                                    Co-Plaintiffs' Counsel



Dated: March 9, 2012.            LAW OFFICES OF ROBERT NAVARRO

                                    __/s/ Robert Navarro_____
                                 By: ROBERT NAVARRO, Esq.
                                    Co-Plaintiffs' Counsel
```

### ORDER

The Court, having reviewed the foregoing recitals and stipulation and, GOOD CAUSE appearing, hereby ORDERS the stipulation APPROVED and ADOPTED and the Plaintiffs' Complaint is so AMENDED.

Dated: March 13, 2012

_____
HON. CHARLES R. BREYER
United States District Court,
Eastern District of California
(Sitting by Assignment)