1  WANGER JONES HELSLEY PC
   Oliver W. Wanger (40331)
2  265 E. River Park Circle, Suite 310
   Fresno, California  93720
3  Telephone:  (559) 233-4800
   Facsimile:  (559) 233-9330
4
   KEVIN B. BRIGGS
5    County Counsel
   BRUCE B. JOHNSON
6    Senior Deputy - SBN 142968
   FRESNO COUNTY COUNSEL
7  2220 Tulare Street, 5th Floor
   Fresno, California 93721
8  Telephone: (550) 600-3479
   Facsimile: (559) 600-3480
9
10 Attorneys for: Defendants COUNTY OF FRESNO, FRESNO COUNTY
   BOARD OF SUPERVISORS, MARGARET MIMS, JOHN NAVARRETTE, JORGE
11 GRANADOS and JOHN THOMPSON
12
            UNITED STATES DISTRICT COURT,
13
        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
14

| 15 | OCCUPY FRESNO, et al.,  | No. 1:11-cv-1894 CRB |
|----|-------------------------|----------------------|
| 16 | Plaintiff(s),           | STIPULATION AND ORDER VACATING HEARING DATE ON MOTION TO DISMISS, AND DEEMING AMENDED PLAINTIFFS' AMENDED COMPLAINT |
| 17 | v.                      | |
| 18 | COUNTY OF FRESNO, et al.,| |
| 19 | Defendant(s).           | |
| 20 |                         | DATE: April 13, 2012 TIME: 10:00 a.m. CTRM: 6 (Hon. Charles R. Breyer) |

22
                        RECITALS
23
24     This case arises out of plaintiffs' use of Courthouse

25 Park.  The County defendants filed a motion to dismiss (Doc. #

26 106) plaintiffs' Amended Complaint (Doc. #31).  The hearing is

27 presently scheduled to commence on April 13, 2012 at 10:00

28

{7199/002/00354116.DOC }

1

Stipulation and Order

a.m., in Courtroom 6 of the above-captioned Court, the Honorable Charles R. Breyer presiding.

The parties, having met and conferred about the substance of the motion, and desiring to resolve short of hearing the issues presented by the motion, hereby stipulate and agree as provided below.

## STIPULATION

IT IS STIPULATED AND AGREED that plaintiffs DISMISS and WAIVE plaintiffs' facial challenge to FCOC sec. 13.20.060.C (rendering unlawful loitering in Courthouse Park between the hours of 12:00 a.m. and 6:00 a.m.); references to plaintiffs' facial challenge to sec. 13.20.060.C, set forth in the Amended Complaint at page 7, line 16, and at page 15, line 16 through page 16, line 7, and all other references in the Amended Complaint which could reasonably be construed as a facial challenge to sec. 13.20.060.C, are deleted and STRICKEN;

IT IS FURTHER STIPULATED AND AGREED that plaintiffs DISMISS the defendant, FRESNO COUNTY BOARD OF SUPERVISORS, and WAIVE any and all claims against said defendant;

IT IS FURTHER STIPULATED AND AGREED that the plaintiffs DISMISS and WAIVE any and all claims for damages arising out of any and all of the incidents specified in the Amended Complaint;

IT IS FURTHER STIPULATED AND AGREED that the plaintiffs' Amended Complaint is DEEMED AMENDED to reflect the dismissals and waivers set forth in the three paragraphs immediately preceding;

IT IS FURTHER STIPULATED AND AGREED that there is no right to jury trial on Plaintiffs' claims in the Amended Complaint. Any demand for jury trial is STRICKEN;

IT IS FURTHER STIPULATED AND AGREED that the hearing on the motion to dismiss, presently scheduled for April 13, 2012, at 10:00 a.m. in Courtroom 6, before the Hon. Charles R. Breyer, is VACATED; and

IT IS FURTHER STIPULATED AND AGREED that the County defendants may file a pleading responsive to the Amended Complaint, as deemed amended, within twenty (20) days of the Court's electronic service of the order hereon.

SO STIPULATED.

Dated: March 8, 2012.        WANGER JONES HELSLEY

                             __/s/ Oliver W. Wanger____
                         By: OLIVER W. WANGER, Esq.
                             Co-Defense Counsel


Dated: March 9, 2012.        KEVIN B. BRIGGS
                             Fresno County Counsel

                             ___/s/ Bruce B. Johnson_____
                         By: BRUCE B. JOHNSON,
                             Senior Deputy, Co-Defense
                             Counsel

Dated: March 9, 2012.          LAW OFFICES OF CAROLYN PHILLIPS

                                      ___/s/ Carolyn Phillips_____
                             By:  CAROLYN PHILLIPS, Esq.
                                  Co-Plaintiffs' Counsel

Dated: March 9, 2012.          LAW OFFICES OF ROBERT NAVARRO

                                      __/s/ Robert Navarro_____
                             By:  ROBERT NAVARRO, Esq.
                                  Co-Plaintiffs' Counsel

## ORDER

The Court, having reviewed the foregoing recitals and stipulation and, GOOD CAUSE appearing, hereby ORDERS the stipulation APPROVED and ADOPTED and the Plaintiffs' Complaint is so AMENDED.

Dated: March 13, 2012

_____
HON. CHARLES R. BREYER
United States District Court,
Eastern District of California
(Sitting by Assignment)